John J. Boyle, Appellee, v. Richard McGill, Appellant.
Elmer Linn, Appellee, v. Richard McGill and John
Boyle, Appellants.

Gen. No. 10,333.

opinion filed April 21, 1949; rehearing denied
June 8, 1949; released for publication June 8, 1949. William Zwanzig,
Wendell Thompson, and Joseph E. Lanuti, for appellant; Robert J. Sinon
and T. E. White, for appellee. Opinion by JUSTICE DOVE. **Not to be
published in full.**